| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hampel, Leroy M** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Hampel, Elizabeth C.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Hampel's Acres,Partnership**<br>**Briar Hill Farm Training Center,Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Hampel's Acres,Partnership**<br>**Briar Hill Training Center,Inc.** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**29583 N. Gossell Road**<br>**Wauconda, Il 60084** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**29583 N. Gossell Road**<br>**Wauconda, Il 60084** |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business:   **Lake** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Chapter 13W/Plan** | **NO DISKETTE** |
|---|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business   ☐ Business | ☒ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**U.S. Bankruptcy Court**
**Northern District Of Illinois**
**Filed: 12/30/2003**
**Time: 11:11:01**
**Debtor: LEROY M HAMPEL**
**Case: 03-51934      Fee : 194**
**Chapter: 13 Rec. # : 3053654**
**Judge: A Benjamin Goldgar**
**341 mtg: 02/10/2004 @ 10:00AM**
**ConfHrg: 03/05/2004 @ 11:00AM**
**Trustee: GLENN STEARNS**

1:03BK51934-BK001

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Leroy M Hampel**
**Elizabeth C. Hampel**

Page 2

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

12/8/03
Date

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Cynthia J. Briscoe, 6187421**
Printed Name of Attorney for Debtor(s) / Bar No.

**Briscoe Law Offices**
Firm Name

**210 North Walkup Avenue Crystal Lake, IL 60014**
Address

_____
Telephone Number

12/8/03
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____ 12/8/03
Signature of Attorney for Debtor(s)     Date

In re:  **Leroy M Hampel**                    **Elizabeth C. Hampel**                    Case No.

**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**                              **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**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | Total ➤ | | 0.00 | |

(Report also on Summary of Schedules )

Schedule A - Page  1 of 1

In re  **Leroy M Hampel**          **Elizabeth C. Hampel**          Case No.
**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**                    **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**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Personal cash | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account | J | 100.00 |
| | | Savings Account | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal wearing apparel | J | 300.00 |
| 7. Furs and jewelry. | | Wedding rings | J | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100  shares of Briar Hills Farm Training Center, Inc. | J | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| | | | | |

In re  **Leroy M Hampel**
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

**Elizabeth C. Hampel**
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

Case No.

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | **1966 Ford dump truck** | J | 1,000.00 |
| | | **1970 tow low trailer** | J | 200.00 |
| | | **1981 6 horse trailer** | | 2,000.00 |
| | | **1986 2 horse trailer** | J | 750.00 |
| | | **1995 Chevrolet Suburban** | J | 2,500.00 |
| | | **1997 flatbed hay trailer** | J | 500.00 |
| | | **1998 Dodge Ram** | J | 5,000.00 |
| 24. Boats, motors, and accessories. | X | | | |

In re **Leroy M Hampel**    **Elizabeth C. Hampel**    Case No.
**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**    **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**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **See Attached** | J | **7,750.00** |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached    Total ⟋    **$ 20,700.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re Leroy M Hampel          Elizabeth C Hampel
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                   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

## Horse Stock as of 10/1/03

| Name | Age | Value | |
|------|-----|-------|---|
| Barry | 25 | $250.00 | |
| Bear Cat | 24 | $250.00 | |
| Benny | 11 | $750.00 | |
| Chief | 8 | $1,000.00 | |
| Dream | 21 | $250.00 | |
| Fizz | 13 | $750.00 | |
| Flame | 24 | $150.00 | given to us |
| Flirt | 21 | $250.00 | |
| Hope | 17 | $250.00 | |
| Jam | 9 | $1,000.00 | |
| Jazmine | 25 | $150.00 | given to us |
| Jeannie | 12 | $500.00 | |
| Oz | 12 | $750.00 | |
| Rosie | 16 | $300.00 | given to us |
| Sport | 22 | $250.00 | |
| Super | 19 | $250.00 | |
| Ten | 27 | $150.00 | given to us |
| Zabby | 11 | $500.00 | |
| **Total Value** | | **$7,750.00** | |

In re  **Leroy M Hampel**            **Elizabeth C. Hampel**        Case No.
      **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**                **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**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 100  shares of Briar Hills Farm Tr | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 1966 Ford dump truck | 735 ILCS 5/12-1001( b ) | 0.00 | 1,000.00 |
| 1970 tow low trailer | 735 ILCS 5/12-1001( b ) | 200.00 | 200.00 |
| 1981 6 horse trailer | 735 ILCS 5/12-1001( b ) | 1,600.00 | 2,000.00 |
| 1986 2 horse trailer | 735 ILCS 5/12-1001(c) | 750.00 | 750.00 |
| 1995 Chevrolet Suburban | 735 ILCS 5/12-1001(c) | 1,200.00 | 2,500.00 |
| 1997 flatbed hay trailer | 735 ILCS 5/12-1001( b ) | 500.00 | 500.00 |
| 1998 Dodge Ram | 735 ILCS 5/12-1001(c) | 1,200.00 | 5,000.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Household goods | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Personal cash | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Personal wearing apparel | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| Savings Account | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| See Attached | 735 ILCS 5/12-1001(b) | 0.00 | 7,750.00 |
| Wedding rings | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |

In re: **Leroy M Hampel**                    **Elizabeth C. Hampel**                    Case No.

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                              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

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE | | | | | |

| | | |
|---|---|---|
| Subtotal ➤ | $0.00 |
| Total ➤ | $0.00 |

(Report total also on Summary of Schedules)

In re:     **Leroy M Hampel**            **Elizabeth C. Hampel**                    Case No.
       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              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

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

|  |  |  |
|---|---|---|
| Subtotal | ↗ | $0.00 |
| (Total of this page) | | |
| Total | ↗ | $0.00 |

In re:  **Leroy M Hampel**          **Elizabeth C. Hampel**        Case No.
**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**                  **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**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5400064357** | | J | | | | | 3,479.07 |
| **Amoco Oil** c/o NCO Financial Systems,Inc P.O. Box 41457 Philadelphia, PA 19101 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.   **5168150828** | | J | | | | | 2,200.04 |
| **Amoco Oil** c/o Northland Group,Inc. P.O. Box 390857 Edina, MN 55439 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.   **4319030006885672** | | J | | | | | 2,363.38 |
| **Bank of America** c/o Frederick J. Hanna & Assoc 1655 Enterprise Way Marietta, GA 30067 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.   **5291151939966402-B** | | J | | | | | 853.67 |
| **Capitol One** c/o Atty Mitchell N. Kay 7 Penn Plaza New York,NY 10001-3995 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.   **618154215** | | J | | | | | 1,724.04 |
| **Citgo** c/o National Enterprise Systems 29125 Solon Rd Solon, Ohio 44139 | | | Misc credit card purchases | | | | |

Schedule F Page 1

Subtotal
(Total of this page)        **$10,620.20**

In re:  **Leroy M Hampel**
        **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**

**Elizabeth C. Hampel**
**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**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5424180116826519 | | J | | | | | 7,185.98 |
| Citibank c/o Blatt,Hasenmiller,Liebske,Moore 2 N LaSalle, Ste 900 Chicago, il 60602 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.  6011007540034419 | | J | | | | | 278.72 |
| Discover Card c/o Universal Fidekity Corp P.O. Box 941911 Houston, TX 77094-8911 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.  6011007345512296 | | J | | | | | 623.51 |
| DiscoverCard c/o NAFS P.O. Box 9027 Williamsville,NY 14231-9027 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.  2514013326303 | | J | | | | | 1,536.62 |
| Fleet Services c/o NCO Financial Systems P.O. Box 7768 Metairie, LA 70010 | | | Misc credit card purchases | | | | |
| ACCOUNT NO.  4046910010871042 | | J | | | | | 2,970.81 |
| GE Corporate c/o Divine and Service ,Ltd 231 E. Main St, Ste 240 Round Rock, TX 78664 | | | Misc credit card purchases | | | | |

Schedule F Page 2

Subtotal
(Total of this page)

$12,595.64

In re:  **Leroy M Hampel**
       **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**

**Elizabeth C. Hampel**
**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**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4800125518021067**<br>**MBNA**<br>c/o Bronson & Migliaccio LLP<br>P.O. Box 830<br>Saddle Brook, NJ 07663 | | J | Misc credit card purchases | | | | 19,349.00 |
| ACCOUNT NO.  **4264291293001118**<br>**MBNA**<br>c/o NCO Financial Systems<br>P.O. Box 2617<br>Guasti, CA 91743 | | J | Misc credit card purchases | | | | 1,296.99 |
| ACCOUNT NO.  **5401260940011707**<br>**MBNA America**<br>c/o LTD Financial Services<br>7322 SW Freeway, Ste 1600<br>Houston, TX 77074 | | J | Nisc credit card purchases | | | | 18,112.36 |
| ACCOUNT NO.  **0174074145544**<br>**SEARS**<br>c/o Pioneer Recovery<br>P.O. Box 279<br>Arcade, NY 14009 | | J | Misc credit card purchases | | | | 2,239.08 |
| ACCOUNT NO.  **112866827**<br>**Shell Co**<br>c/o Plaza Assoc.<br>JAF Station, P.O. Box 2769<br>New York, NY 10116-2769 | | J | Misc credit card purchases | | | | 814.66 |

Schedule F Page 3

Subtotal
(Total of this page)

$41,812.09

In re:  **Leroy M Hampel**          **Elizabeth C. Hampel**          Case No.

   **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**                **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**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4336940002357881** | | J | | | | | 10,378.95 |
| **US Bank** **c/o Matek Law Offices, P.C.** **77 W. washington, Ste 1313** **Chicago, Il 60602** | | | **Misc credit card purchases** | | | | |

|  |  |
|---|---|
| Subtotal (Total of this page) | $10,378.95 |
| Total | $75,406.88 |

(Report total also on Summary of Schedules)

Schedule F Page 4

In re:  **Leroy M Hampel**          **Elizabeth C. Hampel**          Case No.
    **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**                **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**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   ☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

In re: **Leroy M Hampel**          **Elizabeth C. Hampel**          Case No.

   **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**                    **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**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Schedule H - Page  1 of 1

In re  **Leroy M Hampel**          **Elizabeth C. Hampel**          Case No.
**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**                    **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**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENT'S OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **60** Spouse's Age: **43** | NAMES **None** | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Horse trainer** | **Horse trainer** |
| How long employed | **Self-employed** | **Self-employed** |
| Name and Address of Employer | **Briar Hill Training Center 29583 N. Gossell Rd Wauconda, Il 60084** | **Briar Hill Training Center 29583 N. Gossell Rd Wauconda, Il 60084** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 15.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 4,718.30 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 4,718.30 | $ 15.00 |

TOTAL COMBINED MONTHLY INCOME $ _____4,733.30_____     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:          **NONE**

# UNITED STATES BANKRUPTCY COURT

In re:   Leroy M. Hampel      Elizabeth c. Hampel          Case No. _____
     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          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                  Chapter 13

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:          $ 143,825.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income:                                          $ 13,000.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 2,600.00 |
| 4. Payroll Taxes | |
| 5. Unemployment Taxes | |
| 6. Worker's Compensation | |
| 7. Other Taxes | |
| 8. Inventory Purchases (Including raw materials)/Hay Expense | 700.00 |
| 9. Purchase of Feed/~~Fertilizer/Seed/Spray~~ | 600.00 |
| 10. Rent (Other than debtor's principal residence) | 4,000.00 |
| 11. Utilities /Office | 700.00 |
| 12. ~~Office Expenses and Supplies~~ Shavings | 960.00 |
| 13. Repairs and Maintenance | 500.00 |
| 14. Vehicle Expenses | 450.00 |
| 15. Travel and Entertainment/Show Expense | 1,000.00 |
| 16. Equipment Rental and Leases /Promos./Advertising | 125.00 |
| 17. Legal/Accounting/Other Professional Fees | 100.00 |
| 18. Insurance | 300.00 |
| 19. Animal Upkeep | 950.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):

20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):
    **Truck loan**

20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):
    **None**

21. Other (Specify):

21. Other (Specify):

    **Union Dues**

21. Other (Specify):

    **None**

22. Total Monthly Expenses (Add items 3 - 21)          $ 12,985.00

**PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:**

   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $    15.00

   22.  Total Monthly Expenses (Add items 3 - 21)     $    12,985.00

**PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:**

   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $    15.00

In re  **Leroy M Hampel**        **Elizabeth C. Hampel**        Case No.

**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**        **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**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| Are real estate taxes included?    Yes _____  No ✓ | | |
| Is property insurance included?    Yes _____  No ✓ | | |
| Utilities  Electricity and heating fuel | $ | 200.00 |
|      Water and sewer | $ | 0.00 |
|      Telephone | $ | 100.00 |
|      Other  **Cable,& Internet** | $ | 50.00 |
| Home Maintenance (Repairs and upkeep) | $ | 100.00 |
| Food | $ | 400.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 100.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | $ | 50.00 |
|      Life | $ | 0.00 |
|      Health | $ | 216.00 |
|      Auto | $ | 137.00 |
|      Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|      Auto | $ | 0.00 |
|      Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 4,128.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 4,733.30 |
| B. Total projected monthly expenses | $ | 4,128.00 |
| C. Excess income (A minus B) | $ | 605.30 |
| D. Total amount to be paid into plan each    **Monthly** | $ | 605.30 |
|             (interval) | | |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Leroy M Hampel**　　　　　　　**Elizabeth C. Hampel**　　　　Case No.

　　**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**　　　　　　　　　　**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**　　　　　Chapter　**13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 3 | $    20,700.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $    75,406.88 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    4,733.30 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    4,128.00 |
| Total Number of sheets in ALL Schedules ➢ | | 15 | | | |
| Total Assets ➢ | | | $    20,700.00 | | |
| Total Liabilities ➢ | | | | $    75,406.88 | |

In re:  **Leroy M Hampel**                    **Elizabeth C. Hampel**                    Case No.
        **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**                      **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**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **15** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _12/8/03_                              Signature _____
                                                    Leroy M Hampel

Date: _12/8/03_                              Signature _____
                                                    Elizabeth C. Hampel

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

| | | |
|---|---|---|
| In re:  **Leroy M Hampel** | **Elizabeth C. Hampel** | Case No. _____ |
| **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** | **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** | Chapter   **13** |

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **183,000.00** | **Operation of business** | **2001** |
| **126,000.00** | **Operation of Business** | **2002** |
| **129,621.00** | **Operation Business** | **2003 thru 11/15/03** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **56,236.00** | **Pension - 2001** |
| **56,236.00** | **Pension  - 2002** |
| **56,236.00** | **Pension - 2003** |

### 3. Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank South Dakota N.A. VS Leroy Hampel 02 AR 1727 | Complaint | 19th Judicial Circuit Lake County, Il | Pending |

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Briscoe Law Offices** <br> **210 N Walkup** <br> **Crystal Lake, Il 60014** | **10/15/03** | **1000.00** |

## 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑  If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Nature, location and name of business

None ☐  a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years** immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all business in which the debtor was a partner or owned 5 percent or more of the voting securities within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | DATES OF OPERATION | |
| --- | --- | --- | --- |
| | | BEGINNING | ENDING |
| Briar Hill Farm Training Center,Inc 29583 N. Gossell Road Wauconda, Il 60084 | Horse riding facility | 2000 | N/A |

## 17. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Cote & Wright 202 S. Greenleaf St, Ste C Gurnee, Il 60031 | 2000 to present |

None ☐  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Cote & wright 202 S. Greenleaf St, Ste C Gurnee, Il 60031 | 2000 to present |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Cote & Wright** | **202 S. Greenleaf St, Ste C**<br>**Gurnee, Il 60031** |

None ☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

## 18.  Inventories

None ☐    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) | |
|---|---|---|---|
| **10/1/2003** | **Elizabeth Hampel** | **7,750.00** | **Horse stock** |

None ☑    b.  List the name and address of the person having possession of the records of each of the two inventories reported in 18a., above.

## 19.  Current Partners, Officers, Directors and Shareholders

None ☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Elizabeth C. Hampel**<br>**29583 N. Gossell Rd**<br>**Wauconda, Il 60084** | **President** | **50%** |
| **Leroy M. Hampel**<br>**29583 N. Gossell Rd.**<br>**Wauconda, Il 60084** | **Vice-President** | **50%** |

## 20.  Former partners, officers, directors and shareholders

None ☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 21.  Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __12/8/03__          Signature
                          of Debtor    Leroy M Hampel

Date __12/8/03__          Signature
                          of Joint
                          Debtor       Elizabeth C. Hampel

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re:   **Leroy M Hampel**        **Elizabeth C. Hampel**        Case No. _____

Chapter   **13**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 1,500.00 |

2. The source of compensation paid to me was:

   ☑  Debtor                    ☐  Other (specify)

3. The source of compensation to be paid to me is:

   ☑  Debtor                    ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: *12/8/03* _____

_Cynthia J Briscoe_ _____

**Cynthia J. Briscoe**, Bar No. **6187421**

**Briscoe Law Offices**
Attorney for Debtor(s)

Cynthia J. Briscoe   6187421
Briscoe Law Offices
210 North Walkup Avenue
Crystal Lake, IL  60014

**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Leroy M Hampel**
Social Security Number:  **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**

Joint Debtor:  Elizabeth C. Hampel
Social Security Number:  **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**

Case No:

Chapter **13**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.   **Amoco Oil**<br>**c/o NCO Financial Systems,Inc**<br>**P.O. Box 41457**<br>**Philadelphia, PA 19101** | **Unsecured Claims** | **$ 3,479.07** |
| 2.   **Amoco Oil**<br>**c/o Northland Group,Inc.**<br>**P.O. Box 390857**<br>**Edina, MN 55439** | **Unsecured Claims** | **$ 2,200.04** |
| 3.   **Bank of America**<br>**c/o Frederick J. Hanna & Assoc**<br>**1655 Enterprise Way**<br>**Marietta, GA 30067** | **Unsecured Claims** | **$ 2,363.38** |
| 4.   **Capitol One**<br>**c/o Atty Mitchell N. Kay**<br>**7 Penn Plaza**<br>**New York,NY 10001-3995** | **Unsecured Claims** | **$   853.67** |
| 5.   **Citgo**<br>**c/o National Enterprise Systems**<br>**29125 Solon Rd**<br>**Solon, Ohio 44139** | **Unsecured Claims** | **$ 1,724.04** |

In re:  **Leroy M Hampel**
**Elizabeth C. Hampel**

Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Citibank**<br>c/o Blatt,Hasenmiller,Liebske,Moore<br>2 N LaSalle, Ste 900<br>Chicago, il 60602 | Unsecured Claims | $ 7,185.98 |
| 7. | **Discover Card**<br>c/o Universal Fidekity Corp<br>P.O. Box 941911<br>Houston, TX 77094-8911 | Unsecured Claims | $ 278.72 |
| 8. | **DiscoverCard**<br>c/o NAFS<br>P.O. Box 9027<br>Williamsville,NY 14231-9027 | Unsecured Claims | $ 623.51 |
| 9. | **Fleet Services**<br>c/o NCO Financial Systems<br>P.O. Box 7768<br>Metairie, LA 70010 | Unsecured Claims | $ 1,536.62 |
| 10. | **GE Corporate**<br>c/o Divine and Service ,Ltd<br>231 E. Main St, Ste 240<br>Round Rock, TX 78664 | Unsecured Claims | $ 2,970.81 |
| 11. | **MBNA**<br>c/o Bronson & Migliaccio LLP<br>P.O. Box 830<br>Saddle Brook, NJ 07663 | Unsecured Claims | $ 19,349.00 |
| 12. | **MBNA**<br>c/o NCO Financial Systems<br>P.O. Box 2617<br>Guasti, CA 91743 | Unsecured Claims | $ 1,296.99 |
| 13. | **MBNA America**<br>c/o LTD Financial Services<br>7322 SW Freeway, Ste 1600<br>Houston, TX 77074 | Unsecured Claims | $ 18,112.36 |
| 14. | **SEARS**<br>c/o Pioneer Recovery<br>P.O. Box 279<br>Arcade, NY 14009 | Unsecured Claims | $ 2,239.08 |

In re:   **Leroy M Hampel**
　　　   **Elizabeth C. Hampel**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Shell Co**<br>**c/o Plaza Assoc.**<br>**JAF Station, P.O. Box 2769**<br>**New York, NY 10116-2769** | **Unsecured Claims** | **$   814.66** |
| 16. | **US Bank**<br>**c/o Matek Law Offices, P.C.**<br>**77 W. washington, Ste 1313**<br>**Chicago, Il 60602** | **Unsecured Claims** | **$ 10,378.95** |

In re:  **Leroy M Hampel**
        **Elizabeth C. Hampel**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, Leroy M Hampel, and I, Elizabeth C. Hampel, named as debtors in this case, declare under penalty of perjury
that we have read the foregoing Numbered Listing of Creditors, consisting of 3 sheets (not including this
declaration), and that it is true and correct to the best of our information and belief.

Signature:    _____
              Leroy M Hampel

Dated:        12/8/03

Signature:    _____
              Elizabeth C. Hampel

Dated:        12/8/03

## United States Bankruptcy Court
### Northern District of Illinois
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7:  Liquidation ($130.00 filing fee plus $30.00 administrative fee plus $15.00 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed the certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($130.00 filing fee plus $30.00 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11:  Reorganization  ($800.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer  ($200.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

12/8/03
Date

Leroy M Hampel, Debtor

12/8/03
Date

Elizabeth C. Hampel, Joint Debtor

Case Number