```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 51934
   LEROY M HAMPEL
   ELIZABETH C HAMPEL                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-2862    SSN XXX-XX-0233


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/30/03 and confirmed on 08/27/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21780.01 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 3479.07 | .00 | 1435.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2200.04 | .00 | 907.45 |
| FIA CARD SERVICES | UNSECURED | 2658.31 | .00 | 1096.47 |
| CAPITAL ONE FINANCIAL | UNSECURED | 642.32 | .00 | 264.94 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6835.05 | .00 | 2819.25 |
| DISCOVER BANK | UNSECURED | 278.72 | .00 | 114.96 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1566.38 | .00 | 646.08 |
| GE CAPITAL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 17976.86 | .00 | 7414.90 |
| MBNA BANK | UNSECURED | NOT FILED | .00 | .00 |
| EAGLE CREDIT RESOURCES L | UNSECURED | 9529.88 | .00 | 3930.78 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2323.13 | .00 | 958.22 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 47489.76 | .00 | 47489.76 |
| PRINCIPAL PAID | .00 | .00 | 19588.06 | .00 | 19588.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 19588.06 | .00 | 19588.06 |

```
The Debtor's attorney, CYNTHIA J BRISCOE                , was allowed $   2200.00
and was paid $    1000.00  direct and $   1200.00  through the plan.

The Trustee received $     991.94 .

Refunds to the Debtor totaled $        .01 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 03 B 51934 LEROY M HAMPEL & ELIZABETH C HAMPEL